# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0882. In the Interest of L. T., a child (mother)**

The mother of five-year-old L. T. filed a notice of appeal from the juvenile court's order finding L. T. to be dependent. The appeal was docketed on January 17, 2024, and the mother's brief of appellant was due 20 days later, on January 6, 2024. The mother failed to file her brief by the deadline. Accordingly, the mother's appeal is hereby DISMISSED for failure to file a timely brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/09/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*